Per Curiam.

On application of Myles J. Thomas, counsel for appellants, and pursuant to written praecipe, this cause is ordered dismissed as fully settled on its merits.

No. 8923.   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, APPELLANT, v. LAWRENCE H. BIXBY, RESPONDENT.

Decided Dec. 21, 1949.

*Mr. Edmond G. Toomey*, Helena, *Mr. Charles N. Wagner*, Helena, *Mr. Jerrold R. Richards*, Helena, *Messrs. Toomey, McFarland & Wagner*, Helena, for Appellant.

*Mr. Victor H. Fall*, Helena, for Respondent.

Per Curiam.

The Prudential Insurance Company of America, a corporation, appellant, by and through its counsel of record, having filed herein written praecipe so requesting, and appellant and respondent having filed herein, stipulation for dismissal:

It is ordered that said appeal shall be and the same is hereby dismissed.

No. 8924.   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, APPELLANT, v. LAWRENCE H. BIXBY, RESPONDENT.

Decided Dec. 21, 1949.

*Mr. Edmond G. Toomey*, Helena, *Mr. Charles N. Wagner*, Helena, *Mr. Jerrold R. Richards*, Helena, *Messrs. Toomey, McFarland & Wagner*, Helena, for Appellant.

*Mr. Victor H. Fall*, Helena, for Respondent.

Per Curiam.

The Prudential Insurance Company of America, a corporation, appellant, by and through its counsel of record, having

filed herein written praecipe so requesting, and appellant and respondent having. filed herein, stipulation for dismissal:

It is ordered that said appeal shall be and the same is hereby dismissed.

No. 8950. ROGER PORTER, PLAINTIFF AND APPELLANT *v.* PAUL C. KNAPP and R. E. O'CONNELL, County Commissioners of Lewis and Clark County, Montana, and J. A. SULLIVAN, as Clerk of the Board of County Commissioners, DEFENDANTS AND RESPONDENTS.

Decided January 4, 1950.

*Mr. Stanley M. Doyle* of Polson for Appellant and *Mr. E. K. Cheadle* and *Melvin E. Magnuson,* County Attorney of Lewis and Clark County, both of Helena, for the Respondents.

Per Curiam.

The plaintiff, Roger Porter, by and through his attorney of record, Stanley M. Doyle, Esq., having this day filed herein a praecipe for an order dismissing the above numbered and entitled cause of action, on the ground and for the reason that the defendants, and all of them, have cancelled and withdrawn their proposed emergency appropriation, being the subject of said action, and the court having duly considered such praecipe, it is ordered that this action be dismissed forthwith.

No. 8956. STATE EX REL. JUDITH M. QUINN and HAROLD A. QUINN, RELATORS *v.* THE DISTRICT COURT OF FERGUS COUNTY and the HONORABLE STEWART McCONOCHIE, Judge, RESPONDENTS.

Decided January 16, 1950.

*Messrs. DeKalb, Dockery* and *Symmes* of Lewistown for the Relators.

Per Curiam.

On application for writ of supervisory control, it appearing